UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIOS G. GIAVRIS,<br><br>    Defendant. | Case No. 18-cv-06335-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 12, 17 |

On March 21, 2019, the parties filed a stipulation in which they "agreed that all alleged barriers to access the subject property are resolved[]" and stated that they "wish[ed] to forego the joint site inspection required under General Order no. 56." (Dkt. 12, ¶¶ 3, 4.) In light of their stipulation, the parties requested that they be relieved from their obligation to conduct the joint site inspection. (*Id*., ¶ 6.) The Court granted their stipulated requested and referred this action to Court-sponsored mediation to address the outstanding issue of damages. (*Id*., ¶ 5; Dkt. 13.)

In opposition to Defendant's motion to dismiss, Plaintiff argues that there is a factual dispute regarding any remediation of the alleged barriers. (Dkt. 17.) The Court HEREBY ORDERS Plaintiff to Show Cause in writing by no later than May 6, 2019, on what basis he contends that there is a factual dispute regarding remediation in light of his stipulation in which he agreed that all alleged barriers had been resolved. Defendant may file a response by no later than May 13, 2019. The Court CONTINUES the hearing on Defendant's pending motion to dismiss to June 3, 2019.

**IT IS SO ORDERED**.

Dated: April 25, 2019

                                                                  *Sallie Kim*
                                                        _____
                                                        SALLIE KIM
                                                        United States Magistrate Judge